LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
　　　　cahill@longyearlaw.com

Attorneys for Defendant,
County of Sacramento

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLY PEREZ, individually and as successor-in-interest to Maurice Holley, Sr., deceased; MAURICE HOLLEY, Jr., individually and as a successor-in-interest to Maurice Holley, Sr.; ANGEL HOLLEY, individually and as a successor-in-interest to Maurice Holley, Sr., deceased; MITRA HOLLEY, individually and as a successor-in-interest to Maurice Holley, Sr. deceased,<br><br>　　　Plaintiffs<br><br>v.<br><br>COUNTY OF SACRAMENTO, a public entity; and DOES 1-10, inclusive,<br><br>　　　Defendants. | Case No.: 2:21-CV-00356-TLN-JDP<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |

　　　Under Federal Rules of Civil Procedure 16(b)(1)(A) and Local Rule 143, the parties, through counsel, stipulate to and hereby request a modification of this Court's scheduling order. Pursuant to the Court's Initial Scheduling Order (ECF No. 3) and the parties Joint Status Report (ECF No. 9), the current schedule is as follows:

- Fact discovery cut off: March 25, 2022
- Expert witness disclosure: May 24, 2022
- Supplemental expert disclosure: June 23, 2022
- Dispositive motion deadline: September 21, 2022

The parties in this case request an extension only as to the fact discovery cut off. The parties request that the current fact discovery deadline of March 25, 2022, be extended until May 25, 2022. The parties also request that the deadlines based on the fact discovery deadline also move accordingly. The respective deadlines would thus be as follows:

- Fact discovery cut off: May 25, 2022
- Expert witness disclosure: July 25, 2022
- Supplemental expert disclosure: August 22, 2022
- Dispositive motion deadline: November 22, 2022

A scheduling order may only be modified upon a showing of good cause and by leave of Court. Fed. R. Civ. Proc. 6(b)(1)(A); *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson,* 975 F.2d at 609. Defendant has served written discovery to Plaintiffs. In addition, Defendant seeks to depose the Plaintiffs after written discovery has been responded to. Further, Defendant and Plaintiff Perez have conferred extensively regarding the status of Rule 26 disclosures and have a pending telephonic pre-discovery motion conference with Judge Jeremy Peterson set for March 29, 2022. (ECF No. 10.) Judge Peterson was not available to set the conference until after fact discovery cut-off. Because formal motion practice may be required after the conference, the parties believe an extension of the discovery deadline is warranted.

For these reasons, good cause exists to modify the fact discovery cut off deadline and related court deadlines.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: March 18, 2022                    LONGYEAR & LAVRA, LLP

                                   By:   /s/ Nicole M. Cahill
                                         VAN LONGYEAR
                                         NICOLE M. CAHILL
                                         Attorneys for Defendant,
                                         County of Sacramento

Dated: March 18, 2022                    LAW OFFICES OF TED A. GREENE, INC.

                                   By:   /s/ Glen F. Olives [authorized on 3-3-22]
                                         GLEN F. OLIVES
                                         Attorneys for Plaintiff,
                                         Kimberly Perez

Dated: March 18, 2022                    THE GORDON LAW FIRM

                                   By:   /s/ Chris Gordon [authorized on 3-3-22]
                                         CHRIS GORDON
                                         Attorneys for Plaintiffs,
                                         Maurice Holley, Jr., Angel Holley and
                                         Mitra Holley

**ORDER**

Good cause appearing, the parties' stipulated request to modify the Court's Scheduling Order (ECF No. 3) is GRANTED.

The relevant deadlines are ordered as follows:

- o   Fact discovery cut off: May 25, 2022
- o   Expert witness disclosure: July 25, 2022
- o   Supplemental expert disclosure: August 22, 2022
- o   Dispositive motion deadline: November 22, 2022

DATED: March 21, 2022

Troy L. Nunley
United States District Judge