LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Ashley M. Calvillo, CSB No.: 340128
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
　　　　cahill@longyearlaw.com
　　　　calvillo@longyearlaw.com

Attorneys for Defendant,
County of Sacramento

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLY PEREZ, individually and as successor-in-interest to Maurice Holley, Sr., deceased; MAURICE HOLLEY, Jr., individually and as a successor-in-interest to Maurice Holley, Sr.; ANGEL HOLLEY, individually and as a successor-in-interest to Maurice Holley, Sr., deceased; MITRA HOLLEY, individually and as a successor-in-interest to Maurice Holley, Sr. deceased,<br><br>　　　Plaintiffs<br><br>v.<br><br>COUNTY OF SACRAMENTO, a public entity; and DOES 1-10, inclusive,<br><br>　　　Defendants. | Case No.: 2:21-CV-00356-TLN-JDP<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |

Under Federal Rules of Civil Procedure 16(b)(1)(A) and Local Rule 143, the parties, through counsel, stipulate to and hereby request a modification of this Court's scheduling order. Pursuant to the Court's Order to Modify the Scheduling Order (ECF No. 12) the current schedule is as follows:

- Fact discovery cut off: May 25, 2022
- Expert witness disclosure: July 25, 2022
- Supplemental expert disclosure: August 22, 2022
- Dispositive motion deadline: November 22, 2022

STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER- 1

The parties in this case request an extension only as to the fact discovery cut off. The parties request that the current fact discovery deadline of May 25, 2022, be extended until June 30, 2022. The respective deadlines would thus be as follows:

- Fact discovery cut off: June 30, 2022
- Expert witness disclosure: July 25, 2022
- Supplemental expert disclosure: August 22, 2022
- Dispositive motion deadline: November 22, 2022

A scheduling order may only be modified upon a showing of good cause and by leave of Court. Fed. R. Civ. Proc. 6(b)(1)(A); *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson,* 975 F.2d at 609.

Plaintiff, Mitra Holley, has twice appeared for a scheduled deposition. The first deposition was noticed and scheduled for May 18, 2022, at 10:00 AM, by way of Zoom. This deposition was not completed, because neither the court reporter, defense counsel, nor the videographer could hear or understand Ms. Holley well enough to make an accurate record. The deposition was adjourned until May 25, 2022, with the hopes that her condition would improve. That deposition was noticed accordingly.

Unfortunately, the voice issues remained unchanged. The extent, or permanency, of Ms. Holley's condition remains unknown. In any event, the Parties agreed to reschedule and conduct the deposition a third time, by June 30, 2022, subject to court approval. If the deposition is unable to be completed by Zoom, at defense counsel's discretion, the Parties have agreed to complete the deposition by alternative means – likely by way of written questions.

In order to complete the deposition, the Parties seek a modification of the current scheduling order. The Parties agreed to request an extension and modification of the Scheduling Order, to allow for the completion of Ms. Holley's deposition, only. The parties have previously exchanged written discovery, and the depositions of all other Plaintiffs have been completed.

/ / /

For these reasons, good cause exists to modify the fact discovery cut off deadline.

IT IS SO STIPULATED.

Dated: May 31, 2022                               LONGYEAR & LAVRA, LLP

                                                By:   /s/ Ashley M. Calvillo
                                                         VAN LONGYEAR
                                                         NICOLE M. CAHILL
                                                         ASHLEY M. CALVILLO
                                                         Attorneys for Defendant,
                                                         County of Sacramento

Dated: May 31, 2022                               LAW OFFICES OF TED A. GREENE, INC.

                                                By:   /s/ Ted A. Greene [authorized on 5-31-22]
                                                         TED A. GREENE
                                                         Attorneys for Plaintiff,
                                                         Kimberly Perez

Dated: May 31, 2022                               THE GORDON LAW FIRM

                                                By:   /s/ Chris Gordon [authorized on 5-31-22]
                                                         CHRIS GORDON
                                                         Attorneys for Plaintiffs,
                                                         Maurice Holley, Jr., Angel Holley and
                                                         Mitra Holley

**ORDER**

Good cause appearing, the parties' stipulated request to modify the Court's Scheduling Order (ECF No. 12) is GRANTED.

The relevant deadlines are ordered as follows:
- o   Fact discovery cut off: June 30, 2022
- o   Expert witness disclosure: July 25, 2022
- o   Supplemental expert disclosure: August 22, 2022
- o   Dispositive motion deadline: November 22, 2022

DATED: May 31, 2022

Troy L. Nunley
United States District Judge